**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ALFRED TRIPPETT, *on behalf of himself and all* :
*others similarly situated,*                                      :
                                                                          :
            Plaintiff,                               :
                                                                          :
            -against-                               :
                                                                          :
GOLF WANG RETAIL, INC.,                             :
                                                                          :
            Defendant.                              :

-------------------------------------------------------------x

            25-CV-1371 (JHR) (OTW)

            **ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff Alfred Trippett filed his Complaint on February 18, 2025, and served the same on Defendant Golf Wang Retail, Inc., on March 4, 2025.  (ECF Nos. 1, 7).  Although Defendant's deadline to respond to the Complaint was March 25, 2025, Defendant did not file an answer or otherwise respond to the Complaint by that date, or make any other filing in this case.

On May 19, 2025, I ordered Defendant to show cause in writing by June 3, 2025 why I should not recommend entry of default against Defendant.  (ECF 8).  My May 19 Order to Show Cause also directed Plaintiff to (1) serve a copy of the same on Defendant and to (2) file proof of service on the docket by Friday, May 23, 2025.  (ECF 8).  To date, Defendant has not responded to my Order to Show Cause, nor has Plaintiff filed proof of service.  (*See* Docket).

Accordingly, Plaintiff is ordered to file proof of service on the docket by **Friday, June 20, 2025**.  If Plaintiff wishes to withdraw his suit, he will inform the Court by **Friday, June 20, 2025**.

**SO ORDERED.**

            *s/ Ona T. Wang*

Dated: June 16, 2025               **Ona T. Wang**
     New York, New York         United States Magistrate Judge